# EXHIBIT 1

## *RESOLUTION IN APPRECIATION OF*

## *Elizabeth Garlovsky*

**WHEREAS,** Elizabeth Garlovsky has demonstrated generous dedication to the students, families, staff, and community members, of Township High School District 113 by serving as a Board Member of the Board of Education from May 2017 until May 2021, and

**WHEREAS,** Ms. Garlovsky served as the President from 2018 through 2020, and

**WHEREAS,** Ms. Garlovsky served as a committee member of the Policy Committee, Finance Committee, Equity and Inclusion Committee, and chaired the Human Resources Committee, and

**WHEREAS,** Ms. Garlovsky served as a member of the HPHS Advisory Group, a representative of the City of HP Intergovernmental Relations Group, and a liaison for the Deerfield High School Booster Club.

**THEREFORE, BE IT RESOLVED,** that we, members of the Board of Education of Township High School District 113, Lake County, Illinois, recognize and thank Ms. Elizabeth Garlovsky for her outstanding and dedicated service to Township High School District 113 and express our profound appreciation on behalf of the students, families, staff, and community of the District.

May 3, 2021