# EXHIBIT 1

# Robbins Schwartz

55 West Monroe, Suite 800 | Chicago, IL 60603-5144

**ROBERT E. RILEY**
rriley@robbins-schwartz.com

December 6, 2017

**VIA U.S. MAIL, E-MAIL AND
UPS NEXT DAY DELIVERY
PRIVILEGED AND CONFIDENTIAL**

Mr. Michael G. Nerheim
Lake County State's Attorney
18 N. County St.
Waukegan, IL 60085
statesattorney@lakecountyil.gov

### Re: Township High School District 113 – Records Destruction

Dear Mr. Nerheim:

This firm represents Township High School District 113 (the "District") in Lake County, Illinois regarding the departure of several administrators from Highland Park High School (the "High School") at the conclusion of the 2016-2017 school year. Superintendent Dr. Christopher Dignam ("Dignam") is specifically concerned that former Principal Dr. Tom Koulentes ("Koulentes") and former Assistant Principals Dr. Eileen McMahon ("McMahon") and Casey Wright ("Wright") may have removed and/or destroyed thousands of the District's physical documents and attempted to delete tens of thousands of emails without authorization prior to leaving the District in June 2017.

This letter summarizes these concerns, the facts surrounding these administrators' resignations, and the vast number of destroyed, damaged, and missing documents. Given the severity of the administrators' alleged conduct, we believe that it is in the public's best interest for you to be apprised of the situation and to take whatever follow up steps you deem appropriate.

### Timeline of Events

#### A. Summer 2016 Investigation

In June 2016, the District determined that Koulentes had intentionally falsified a teacher's walk-through observation relative to her performance evaluation.

- June 21, 2016: The District retained this firm to investigate allegations that Koulentes had intentionally falsified a teacher's walk-through observation. The investigation revealed that Koulentes had falsified the teacher's observation in violation of the Performance Evaluation Reform Act and the Illinois School Code.

- July 6, 2016: Dignam issued Koulentes a Confidential Memorandum and Final Warning Resolution that detailed the investigative findings, identified conduct deficiencies which, if not remedied, could result in charges for dismissal, issued directives for improvement, and placed Koulentes on a five-day suspension without pay.

It is our understanding that Koulentes was vocal about his displeasure with this investigation and discipline, telling his administrative team that he had been disciplined for "getting the date wrong" – not the truth, which was that he had falsified the walk-through observation in its entirety.

R000568

Robbins Schwartz

## B. Summer 2017 Transition in Administrative Teams

Between March 1, 2017 and May 4, 2017, Koulentes, McMahon, and Wright submitted letters of resignation from their employment with the District. In anticipation of losing institutional knowledge with their departure, the incoming administrative team attempted to facilitate an effective transition in duties, as follows:

- June 15/16, 2017: Incoming Assistant Principal Amy Burnetti ("Burnetti") went to Wright's office to discuss their transition duties. Their discussion was brief but while in Wright's office, Burnetti noticed a large heavy duty tilt truck ("gondola") parked in the middle of the room.

- June 20, 2017 (5:57 AM): Burnetti emailed Wright to schedule a time to discuss their transition duties. She suggested that they meet on either June 27 or 28, 2017. Wright responded the next day saying that he was not available on those days but hoped to touch base after June 26, 2017, when Burnetti returned to the office.

- June 27, 2017 (6:41 AM): Custodian Nick Reinwald ("Reinwald") rolled a gondola out of the Assistant Principals' office space. Administrative Assistant Eleanor Singleton ("Singleton") opened the door for him. Screenshots of the surveillance footage capturing this activity are enclosed as Group Exhibit 1.

- June 27, 2017 (8:08 AM): Burnetti emailed Wright about meeting to discuss the transition.

- June 27, 2017 (8:30 AM): Incoming Principal Dr. Elizabeth Robertson ("Robertson") and incoming Assistant Principal Matthew Wallace ("Wallace") met with Koulentes and Activities Director Lesa Friedrich in Koulentes' office to discuss stipends. After their meeting, Robertson and Wallace stopped by Wright's office, where they observed a gondola parked in the middle of the room.

- June 27, 2017 (2:14 PM): Robertson emailed a third Assistant Principal, Patrick Sassen ("Sassen"), to "please let me know where pertinent files will be kept in regard to the work that you have been doing as AP. Please let me know how we can access electronic documents that pertain to staffing, the master schedule, security, special Ed, etc."

## C. Removal/Destruction of District Records

Upon assuming their positions for the 2017-2018 school year, the incoming administrative team became aware that Koulentes, McMahon, and Wright may have removed and/or destroyed a very large number of records before their departure from the District.

### McMahon's Removal/Destruction of Physical Records

The following activity was recorded on the High School's video surveillance system. Screenshots from the video footage are enclosed as Group Exhibit 2.

- June 28, 2017 (12:13PM): McMahon rolled a cart of documents out of the Assistant Principals' office space. Security Manager William Tellone ("Tellone") assisted by opening the doors to the office space. Administrative Assistants Norma Aguilar ("Aguilar"), Singleton, and Kelly Schafterner ("Schafterner") were also present.

---

**PRIVILEGED AND CONFIDENTIAL**

Attorneys at Law

R000569

# Robbins Schwartz

- June 28, 2017 (12:23 PM): McMahon unloaded documents into her car with the assistance of Security Staff Member Terry Joiner ("Joiner").

- June 28, 2017 (12:28 PM): McMahon rolled a cart of documents out of the Assistant Principals' office space. Aguilar assisted by opening the door for McMahon. Singleton was also present.

- June 28, 2017 (12:31 PM): McMahon unloaded documents into her car with the assistance of Joiner. By June 30, 2017, McMahon's office was completely empty.

## Koulentes' Removal/Destruction of Physical Records

- June 29, 2017 (10:51 PM): Koulentes emailed Department Manager Andy Weingartner ("Weingartner") and Director of Technology Ron Kasbohm ("Kasbohm") requesting to keep his laptop for a few days because he had not yet "pulled off all the files I wish to keep." Koulentes also asked to have his email account remain active for 2-3 more weeks. Weingartner replied on July 2, 2017 indicating that these requests were acceptable.

- June 30, 2017: Robertson entered her new office (Koulentes' former office), and saw that it was completely empty except for a few records in the recycling bin. Administrative Assistant Sue Jameson was with Robertson when she discovered the empty office.

- June 30, 2017 (10:36 AM): Robertson texted Koulentes to inquire about the records she found in his recycling bin, as they appeared to be relevant and confidential. Koulentes responded that "most of that stuff is either duplicate or past point of relevance" and indicated that Robertson could shred the records if desired.

## Wright's Removal/Destruction of Physical Records

- July 2017: Wallace entered his new office (Wright's former office), and saw that it too was completely empty except for a single folder of information. Wallace provided the folder to Burnetti, who was replacing Wright.

## McMahon's Removal/Destruction of Electronic Records

- July 4, 2017: Wallace attempted to transfer data from McMahon's Google Drive to his Google Drive. After discovering that the drive titled "emcmahon@dist113.org" was empty, Wallace emailed Client Support Manager Lisa Wegener ("Wegener") to inquire about the missing data. When Wegener confirmed that the transfer had been successful, Wallace asked that she "look into deleted items or in the trash" because both Robertson and Burnetti had successfully received data transfers from Koulentes and Wright.

- July 5, 2017: The Technology Department discovered that every file in McMahon's Google Drive account had been deleted and then trashed (1,007 files within the 25-day restore limit).The Technology Department also investigated McMahon's email and file server and discovered that she had deleted and trashed information from those systems as well (44,555 emails and 1,233 files from the server had been deleted and trashed between June 12, 2017 and July 5, 2017).

R000570

# Robbins Schwartz

Upon discovering that McMahon had deleted her electronic records, the Technology Department investigated the other departing administrators' electronic accounts. They found a comparatively minimal number of deleted files, all of which were restored.

## D. July 2017 Retrieval of Physical Records

On July 17 and 18, 2017, Dignam, Robertson, Burnetti, Building Facilities Manager Keith Cordell ("Cordell"), and other members of the custodial staff excavated the High School's trash compactor to search for the missing physical records. Because the trash compactor had not been emptied recently, they were able to retrieve approximately 295 categories of documents from the trash compactor. These categories include, but are not limited to:

- Professional Development Materials
- Classroom Materials
- Staff Records and Personnel Files
- Evaluations

- Building and Grounds Documents
- Financial Documents
- Student Test Scores
- Student Records

We estimate that approximately ten thousand pages of records were deposited in the trash compactor. The records the District has been able to retrieve fill approximately nine 15"x12"x10" heavy duty storage file boxes, three 21"x14.75"x16" recycling bins, and one approximately 30"x24"x24" cardboard box. A sampling of records retrieved from the trash compactor are enclosed as Group Exhibit 3.

## Summary of Evidence

In conducting this investigation, we have gathered the following evidence:

| Category | Date | Description |
|---|---|---|
| Photographic Evidence | 06-30-2017 | Photographs of documents found in Koulentes' recycling bin. |
| | | Screenshot of text messages between Robertson and Koulentes re: recycling bin documents. |
| | 07-10-2017 | Photographs of Wright's empty office. |
| | | Photographs of McMahon's empty office. |
| | 07-12-2017 | Photographs of Koulentes' empty office. |
| | 07-17-2017 | Photographs of trash compactor excavation. |
| | 07-18-2017 | |
| Video Evidence | 06-27-2017 | Surveillance footage of a custodian rolling a gondola out of the Assistant Principals' office space (6:41 AM). |
| | 06-28-2017 | Surveillance footage of McMahon rolling a cart of documents out of the Assistant Principals' office space (12:13 PM). |
| | | Surveillance footage of McMahon unloading documents into her car (12:23 PM). |
| | | Surveillance footage of McMahon rolling a cart of documents out of the Assistant Principals' office space (12:28 PM). |
| | | Surveillance footage of McMahon unloading documents into her car (12:31 PM). |
| | 07-17-2017 | Video of McMahon's empty office. |
| | | Video of Wright's empty office. |
| | | Video of Sassen's empty office. |
| | 07-17-2017 | Video of trash compactor excavation. |
| | 07-18-2017 | |

R000571

# Robbins Schwartz

Mr. Michael Nerheim
December 6, 2017
Page 5 of 6

| Physical Evidence | 2007-2015 | Shredding documentation and Certificates of Destruction. |
|---|---|---|
| | 12-03-2015 | Records Disposal Certificate for certain student health records; associated emails. |
| | 07-06-2016 | Confidential Memorandum and Final Warning Resolution issued to Koulentes (re-issued July 12, 2016). |
| | 03-01-2017 | Koulentes' resignation letter (and personnel file). |
| | 05-02-2017 | McMahon's resignation letter (and personnel file). |
| | 05-04-2017 | Wright's resignation letter (and personnel file). |
| | | Email exchange between Wright and Berghoff re: file downloads. |
| | 05-18-2017 | Email exchange between Wright and Weingartner re: Google Takeout instructions. |
| | 05-25-2017 | Records Disposal Certificate for certain student health records; associated emails. |
| | 06-12-2017 | Records Disposal Certificates for student temporary records and teacher grade books. |
| | 06-20-2017 | Email exchange between Burnetti and Wright re: transition. |
| | 06-27-2017 | Email exchange between Robertson and Sassen re: transition |
| | 06-29-2017 | Email exchange between Koulentes, Weingartner and Kasbohm re: laptop and email access. |
| | 06-30-2017 | Documents found in Koulentes' recycling bin. |
| | 07-04-2017 | Email exchange between Wallace and Wegener re: Google Drive transfer. |
| | 07-05-2017 | 44,555 emails restored from McMahon's District email account |
| | | 1,580 emails restored from Sassen's email account. |
| | | 1,316 emails restored from Wright's District email account. |
| | | 1,067 emails restored from Koulentes' District email account. |
| | | 1,233 files recovered from McMahon's file server. |
| | | 1,007 files recovered from McMahon's Google Drive |
| | 07-17-2017 | Approximately 295 categories of documents retrieved from the trash compactor. |
| | 07-18-2017 | |

## Summary of Witnesses

In conducting this investigation, we have compiled the following list of potential witnesses:

| Name | Title | Email Address |
|---|---|---|
| ███ | Administrative Assistant | |
| | Custodial Staff | |
| Burnetti, Amy | Assistant Principal | aburnetti@dist113.org |
| ███ | Building Facilities Manager | |
| | Custodial Staff | |
| Dignam, Christopher | Superintendent | cdignam@dist113.org |
| ███ | Custodial Staff | |
| | Administrative Assistant | |
| | Security Staff Member | |
| | Custodial Staff | |
| | Director of Technology | |
| | Administrative Assistant | |
| | Custodial Staff | |
| | Principal | |
| | Administrative Assistant | |
| | Custodial Staff | |
| | Administrative Assistant | |

---

**PRIVILEGED AND CONFIDENTIAL**

Attorneys at Law

# Robbins Schwartz

Mr. Michael Nerheim
December 6, 2017
Page 6 of 6

| | Security Manager | |
| | Assistant Principal | |
| | Assistant Principal | |
| | Client Support Manager | |
| | Department Manager | |
| | Custodial Staff | |

Of these witnesses, we have only spoken with Dignam ████ Burnetti, ██████
We also worked with █████ to access and review the documents retrieved from the trash
compactor. The other witnesses have not been contacted and, to the best of our knowledge, are
not aware of this investigation.

### Potential Statutory Violations

Based on the foregoing, we are concerned that Koulentes, McMahon, and Wright may have
engaged in conduct implicating various criminal statutes, including but not limited to the following:

1. Illinois Criminal Code – Tampering with Public Records (720 ILCS 5/32-8);
2. Illinois Criminal Code – Theft (720 ILCS 5/16-1);
3. Illinois Criminal Code – Criminal Damage to Government Supported Property (720 ILCS 5/21-1.01);
4. Illinois Criminal Code – Official Misconduct (720 ILCS 5/33-3); and
5. Local Records Act (50 ILCS 205/1 et seq.).

Given the severity of the conduct at issue (thousands of documents are involved), we are referring
this matter to the Lake County State's Attorney to review and determine the proper course of
action and whether any criminal investigations or prosecutions should be commenced. Please
contact me with any questions you may have.

Very truly yours,

ROBBINS SCHWARTZ

By:    Robert E. Riley

cc:    Katelin J. Eastman (keastman@robbins-schwartz.com)
       Dr. Christopher Dignam (cdignam@dist113.org)

Enclosures: Exhibits

**GROUP EXHIBIT 1**

R000574





R000575





R000576

**GROUP EXHIBIT 2**

R000577





R000578





R000579





R000580





R000581





R000582





R000583



R000584





R000585





R000586

**GROUP EXHIBIT 3**

R000587

CONFIDENTIAL PSYCHOLOGICAL REPORT

**NAME:** ███████        **SCHOOL:** Highland Park High School

**B.D.:** ███████        **GRADE:** 10

**C.A.:** 17.07        **REPORT DATE:** May 22, 2009

REASON FOR REFERRAL

This assessment was conducted as part of a re-evaluation process required for determination of school based services. One is also referred to the recent achievement testing completed. The information attained is meant to facilitate current educational and post high school planning.

METHODS OF ASSESSMENT

Wechsler Adult Intelligence Scale – 4th Edition (WAIS-IV)
Review of Records
Student Interview

BEHAVIOR OBSERVATIONS / INTERVIEW

███ reported on time for his scheduled appointment. He was readily engaged and cooperative with all the assessment procedures. A positive, working rapport was maintained for the duration of the testing. He worked at a steady and consistent rate, at times struggling. He was responsive to questions that were asked of him, and would offer further elaboration when asked to do so. ███ understood the purpose of the evaluation, recalling that he went through similar testing a few years earlier. He stated that he is doing well in all his current classes. His grades at this late point in the spring semester are in the A/B range, in a special education supported general education curriculum. ███ described his strengths in relation to school performance as "doing homework, and not goofing off in class". He clearly takes pride in working diligently at his class work and focusing on the demands of the classroom. ███ described math as the greatest challenge in the academic setting, as he "needs a lot of help". ███ also experiences difficulty with reading. He finds many of his required readings challenging with regard to comprehension, vocabulary and fluency. He described his written expression skills as requiring re-writes and directed assistance from his teachers or aides.

███ finds his resource period quite helpful, referencing his ability to complete work and receive assistance when needed. ███ has not utilized general education resources such as the high school's math lab. He will seek out his classroom teachers for extra assistance on occasions. ███ does not currently utilize any private tutors for extra help in math, reading and writing. His post high school plans are developing at this time. He described interests on being an artist or a butcher. He went on to express his enjoyment of doing art work, as well as his interest in working in the meat industry.

R000588

## ASSESSMENT RESULTS

The I.Q. and index scores attained on the WAIS-IV place ███ within the borderline to extremely low range on this measure of intellectual functioning in an age norm comparison. His I.Q. and index scores were evenly developed, with little variance noted. The I.Q. and index scores ranged from a low of 69 (FSIQ and WMI) with a percentile rank of 2, to a high of 78 (VCI) with a percentile rank of 7. Little subtest scatter was noted with scores ranging from a low of 4 (P.R. 2) to a high of 8 (P.R. 25). The following discussion of his test results, examines his learning profile as shown in his performance on the WAIS-IV.

In the language skills area, his score, which fell in the borderline range, was a relative strength when compared to the other areas assessed. These were skills which measure his verbal comprehension and expressive language abilities. It was apparent in his performance on the similarities and vocabulary subtests, which are measures of analogous reasoning and his depth of word knowledge, that he was quite challenged when required to engage his verbal reasoning skills. His responses were generally brief and lacking in depth.

The working memory domain proved to be a significant deficit for ███. His difficulty with the working memory skill requirements underline challenges in the attainment, re-organization, and output of auditory information. Short-term auditory recall and problem solving (e.g. oral math problems) proved to be a difficult learning format for ███.

In the perceptual organization area, ███ exhibited difficulties when required to utilize visual-spatial and non-verbal reasoning. His skills in organizing what he perceives visually into meaningful information by distinguishing differences between essential and unessential visual data was a weaker area of performance. Analyzing and synthesizing visual information is another aspect of this skill domain. In general this learning style emphasizes a fluid and adaptive problem solving methodology when faced with unfamiliar tasks.

His performance on the digit symbol-coding and symbol search subtests were relatively weaker, underlining slower processing speed on a grapho-motor task.

Overall, ███ performance on the WAIS-IV indicates intellectual abilities in the borderline to extremely low range in an age norm comparison. He is a highly motivated, hard working young man, who utilizes support and accommodations made available. His limited aptitude in verbal comprehension, as well as perceptual reasoning indicates significant impairments which interfere with his learning and school performance. His working memory challenges impact him in areas of learning that emphasize auditory input and organization without additional visual supports.

A meeting was held on May 27, 2009 to examine test results and review progress updates. ███ eligibility for IEP services was sustained due to the significant impact of a learning disability on learning and school performance. Working memory, processing speed, and perceptual organization impact the math, reading and written expression areas.

Kevin Caines, School Psychologist
Highland Park High School

R000589

The **ACT**

# HIGH SCHOOL REPORT CHECKLIST

HIGHLAND PARK HIGH SCHOOL  HIGHLAND PARK  CYCLE 32180  MAY 20, 2014  142-275  0001

| NAME OF STUDENT | GENDER | ENGLISH | | | | MATHEMATICS | | | | | READING | | | | SCIENCE | | COMPOSITE | | OPTIONAL ENGLISH/WRITING (1-36) | | | TEST DATE | TEST LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TEST SCORE | % S | USAGE/ MECH. | RHET. SKILLS | TEST SCORE | % S | ELEM. ALG. | ALG./ GEOM. | GEOM./ TRIG. | TEST SCORE | % S | SOC./ SCI. | ARTS/ LIT. | TEST SCORE | % S | SCORE | % S | TEST SCORE | % S | WRITING (2-12) | | |
| THE FOLLOWING STUDENTS ARE HIGH SCHOOL JUNIORS | | | | | | | | | | | | | | | | | | | | | | | |
| | M | 35 | 99 | 18 | 18 | 35 | 99 | 18 | 18 | 16 | 36 | 99 | 18 | 18 | 31 | 97 | 34 | 99 | 31 | 98 | 08 | 04/2014 | STATE |
| | F | 35 | 99 | 18 | 17 | 30 | 95 | 18 | 14 | 15 | 35 | 99 | 17 | 18 | 32 | 98 | 33 | 99 | 31 | 98 | 08 | 04/2014 | STATE |
| | F | 30 | 92 | 15 | 15 | 30 | 95 | 18 | 14 | 15 | 24 | 72 | 12 | 13 | 27 | 90 | 28 | 90 | 28 | 90 | 08 | 04/2014 | STATE |
| | F | 23 | 68 | 11 | 12 | 20 | 51 | 11 | 10 | 11 | 20 | 48 | 08 | 12 | 21 | 56 | 21 | 55 | 23 | 70 | 08 | 04/2014 | STATE |
| | M | 14 | 19 | 06 | 08 | 17 | 35 | 09 | 10 | 07 | 19 | 42 | 10 | 09 | 17 | 25 | 17 | 28 | 14 | 15 | 06 | 04/2014 | STATE |
| | M | 27 | 85 | 15 | 14 | 25 | 79 | 15 | 13 | 12 | 25 | 75 | 11 | 16 | 23 | 70 | 25 | 79 | 26 | 84 | 08 | 04/2014 | STATE |
| | F | 26 | 82 | 18 | 11 | 22 | 60 | 11 | 10 | 12 | 22 | 61 | 10 | 12 | 19 | 38 | 22 | 62 | 25 | 79 | 08 | 04/2014 | STATE |
| | F | 33 | 97 | 17 | 17 | 27 | 88 | 15 | 14 | 13 | 33 | 97 | 17 | 17 | 33 | 99 | 32 | 98 | 31 | 98 | 09 | 04/2014 | STATE |
| | M | 20 | 50 | 11 | 09 | 19 | 47 | 10 | 11 | 09 | 15 | 20 | 10 | 05 | 18 | 32 | 18 | 35 | 21 | 55 | 09 | 04/2014 | STATE |
| | F | 16 | 30 | 07 | 08 | 21 | 55 | 12 | 11 | 09 | 13 | 11 | 06 | 07 | 20 | 47 | 18 | 35 | 18 | 35 | 08 | 04/2014 | STATE |
| | F | 34 | 99 | 18 | 17 | 28 | 91 | 14 | 15 | 15 | 27 | 82 | 13 | 16 | 26 | 87 | 29 | 93 | 33 | 99 | 10 | 04/2014 | STATE |
| | M | 24 | 74 | 12 | 13 | 22 | 60 | 14 | 10 | 11 | 27 | 82 | 13 | 14 | 21 | 56 | 24 | 74 | 24 | 75 | 09 | 04/2014 | STATE |
| | F | 25 | 78 | 15 | 12 | 27 | 88 | 16 | 13 | 14 | 24 | 72 | 15 | 10 | 21 | 56 | 24 | 74 | 25 | 79 | 09 | 04/2014 | STATE |
| | M | 31 | 94 | 17 | 15 | 28 | 91 | 14 | 14 | 15 | 23 | 66 | 13 | 10 | 28 | 93 | 28 | 90 | 29 | 93 | 08 | 04/2014 | STATE |
| | M | 31 | 94 | 16 | 16 | 35 | 99 | 18 | 16 | 18 | 27 | 82 | 16 | 11 | 24 | 77 | 29 | 93 | 30 | 95 | 09 | 04/2014 | STATE |
| | F | 13 | 15 | 05 | 06 | 17 | 35 | 07 | 11 | 09 | 13 | 11 | 06 | 06 | 16 | 20 | 15 | 17 | 13 | 11 | 05 | 04/2014 | STATE |
| | F | 25 | 78 | 14 | 13 | 23 | 67 | 12 | 10 | 13 | 24 | 72 | 12 | 13 | 21 | 56 | 23 | 68 | 24 | 75 | 08 | 04/2014 | STATE |
| | F | 20 | 50 | 10 | 09 | 17 | 35 | 09 | 11 | 07 | 19 | 42 | 08 | 12 | 22 | 63 | 20 | 49 | 21 | 55 | 09 | 04/2014 | STATE |

NOTE: This list reflects the score reports included in this mailing.

ACT Inc. —Confidential Restricted when data present

R000590

Township High School District 113

General Ledger

| Ranges: | From: | To: | | | | |
|---|---|---|---|---|---|---|
| Date: | 7/1/2012 | 6/30/2013 | Subtotal By: | No Subtotals | Include: | Posting, Inactive, Zero Balance/No Trx |
| Account: | | | Sorted By: | FUND | | |

| Account: | | | | Supplies - General - School Admin | | Beginning Balance: | | $0.00 |
|---|---|---|---|---|---|---|---|---|
| Trx Date | Jrnl No. Description: | Source | Distribution Reference | Orig. Master Number | Orig. Master Name | | Debit | Credit |
| 7/30/2012 | 100.066 Purchases | Payables Trx Entry | ehas4000/supplies guided study | LFITZGERALD07: | Liane Fitzgerald | | $86.87 | |
| 8/1/2012 | 100,078 Purchases | Payables Trx Entry | ehas4000/membership dues | 6470 | Rotary Club of Highland Park/Highwood | | $315.00 | |
| 8/1/2012 | 100,078 Purchases | Payables Trx Entry | ehas4000/lenovo think centre e | 0314907-IN | Arlington Computer Products | | $45.00 | |
| 8/2/2012 | 100,082 jh carroll 7/15 p-card | General Journal | July 15, 2012 p-card | | | | $5,727.90 | |
| 8/2/2012 | 100,082 t koulentes 7/15 p-card | General Journal | July 15, 2012 p-card | | | | $247.28 | |
| 8/6/2012 | 100,083 a feeney 7/17 central stoare | General Journal | July Central Store | | | | $36.10 | |
| 8/6/2012 | 100,083 a feeney 7/25 central store | General Journal | July Central Store | | | | $500.00 | |
| 8/6/2012 | 100,083 a feeney 7/26 central store | General Journal | July Central Store | | | | $25.00 | |
| 8/7/2012 | 100,084 Purchases | Payables Trx Entry | ehas4000/reimb kitchen supplie | MGITAU080612 | Moira Gitau | | $278.09 | |
| 8/9/2012 | 100,086 Purchases | Payables Trx Entry | ehas4000/track board rail pack | 3700 | Larson Equipment and Furniture Compan | | $2,362.32 | |
| 8/9/2012 | 100,135 #6660 Transcript Fees | General Journal | HPHS 8/9/12 Bkstr Dep | | | | | $120.00 |
| 8/15/2012 | 100,270 Student Reimb w/o return | General Journal | Transfers | | | | $24.00 | |
| 8/15/2012 | 100,270 Naviance Membership | General Journal | Transfers | | | | $895.00 | |
| 8/16/2012 | 100,131 Purchases | Payables Trx Entry | ehas4000/tees w/full front | 12544 | Good Impressions | | $900.00 | |
| 8/22/2012 | 100,139 Purchases | Payables Trx Entry | ehas4000/decals magnets | 33930 | Freestyle Marketing | | $2,159.00 | |
| 8/22/2012 | 100,139 Freight | Payables Trx Entry | ehas4000/decals magnets | 33930 | Freestyle Marketing | | $114.53 | |
| 8/22/2012 | 100,139 Purchases | Payables Trx Entry | ehas4000/drafting stools | 3623 | Larson Equipment and Furniture Compan | | $755.00 | |
| 8/22/2012 | 100,139 Purchases | Payables Trx Entry | ehas4000/aluminum sign | 208046 | Signs Now | | $217.04 | |
| 8/22/2012 | 100,139 Purchases | Payables Trx Entry | ehas4000/corrugated plastic si | 208050 | Signs Now | | $475.00 | |
| 8/23/2012 | 100,142 a feeney 8/15 central store | General Journal | August Central Store | | | | $184.80 | |
| 8/23/2012 | 100,142 a feeney 8/21 central store | General Journal | August Central Store | | | | $278.82 | |
| 8/23/2012 | 100,142 k schaffner 8/29 central ston | General Journal | August Central Store | | | | $39.21 | |
| 8/23/2012 | 100,142 a feeney 8/23 central store | General Journal | August Central Store | | | | $500.00 | |
| 8/23/2012 | 100,142 b goodall 8/24 central store | General Journal | August Central Store | | | | $44.08 | |
| 8/23/2012 | 100,142 a feeney 8/21 central store | General Journal | August Central Store | | | | $505.40 | |
| 8/23/2012 | 100,142 a lichtenstein8/21central sto | General Journal | August Central Store | | | | $375.00 | |
| 8/24/2012 | 100,146 Purchases | Payables Trx Entry | ehas4000/chairs hex desk | 3685 | Larson Equipment and Furniture Compan | | $4,074.00 | |
| 8/27/2012 | 100,153 ja carroll 8/15 p-card | General Journal | August 15, 2012 p-card stateme | | | | $2,030.17 | |
| 8/27/2012 | 100,153 m fiore 8/15 p-card | General Journal | August 15, 2012 p-card stateme | | | | $121.87 | |
| 8/27/2012 | 100,153 b swanson 8/15 p-card | General Journal | August 15, 2012 p-card stateme | | | | $1,044.00 | |
| 8/27/2012 | 100,153 l friedrich 8/15 p-card | General Journal | August 15, 2012 p-card stateme | | | | $150.00 | |
| 8/27/2012 | 100,153 m castle 8/15 p-card | General Journal | August 15, 2012 p-card stateme | | | | $2,034.50 | |
| 8/28/2012 | 100,167 Purchases | Payables Trx Entry | ehas4000.parking fee | CCAMACHO0808 | Cindy Camacho | | $30.00 | |
| 8/28/2012 | 100,167 Purchases | Payables Trx Entry | ehas4000/nameplate | 208074 | Signs Now | | $32.50 | |
| 8/28/2012 | 100,167 Purchases | Payables Trx Entry | ehas4000/record & cd china tri | HPHS060712 | Mark Skolnik | | $200.00 | |
| 8/30/2012 | 100,170 Purchases | Payables Trx Entry | ehas4000/csl membership dues | HPHS2012-2013 | Central Suburban League | | $1,750.00 | |
| 8/30/2012 | 100,170 Purchases | Payables Trx Entry | ehas4000/bookcase | 3729 | Larson Equipment and Furniture Compan | | $1,820.00 | |
| 8/30/2012 | 100,170 Purchases | Payables Trx Entry | several/reimb petty cash HPHS | DMYLENBUSCHC | Petty Cash | | $317.00 | |
| 8/30/2012 | 100,176 #6676 Transcript Payments | General Journal | HPHS 8/30/12 Bkstr Dep | | | | | $408.00 |
| 9/6/2012 | 100,190 Purchases | Payables Trx Entry | ehas4000/aluminum sign | 208117 | Signs Now | | $1,460.87 | |
| 9/6/2012 | 100,190 Purchases | Payables Trx Entry | ehas4000/parent meet guest lun | 313908 | Sodexo Inc  HPHS | | $42.75 | |
| 9/6/2012 | 100,190 8/29 NM Breakfast | Payables Trx Entry | ehhe/ehas4000/breakfast water | 313902 | Sodexo Inc  HPHS | | $54.75 | |
| 9/6/2012 | 100,190 8/30 water station | Payables Trx Entry | ehhe/ehas4000/breakfast water | 313902 | Sodexo Inc  HPHS | | $100.00 | |
| 9/6/2012 | 100,196 Purchases | Payables Trx Entry | ehas4000/tables | 3735 | Larson Equipment and Furniture Compan | | $5,857.60 | |
| 9/6/2012 | 100,196 Purchases | Payables Trx Entry | ehas4000/link crew snacks | SPALMBERG090- | Sarah Palmberg | | $143.85 | |
| 9/6/2012 | 100,196 Purchases | Payables Trx Entry | ehas4000/posts | 208077 | Signs Now | | $1,663.00 | |
| 9/12/2012 | 100,227 Purchases | Payables Trx Entry | ehas4000/mobile tech cart | 1612861-0 | Warehouse Direct | | $300.00 | |
| 9/13/2012 | 100,287 #6682 Transcript Fees/Shaft | General Journal | HPHS 9/13/12 Bkstr Dep | | | | | $5.00 |
| 9/14/2012 | 100,240 Purchases | Payables Trx Entry | ehas4000/supplies | ALANDES091212 | Alicia Landes | | $242.40 | |
| 9/20/2012 | 100,281 Purchases | Receivings Trx Entry | Receivings Transaction Entry | RCT1451 | Tribune Products 21 | | $58.97 | |
| 9/20/2012 | 100,281 Purchases | Receivings Trx Entry | Receivings Transaction Entry | RCT1452 | Tribune Products 21 | | $19.17 | |
| 9/20/2012 | 100,330 #6687 Transcripts | General Journal | HPHS 9/20/12 Bkstr Dep | | | | | $240.00 |

R000591

| Date | Reference / Description | Journal | Detail | Code | Vendor | Amount | |
|---|---|---|---|---|---|---|---|
| 9/21/2012 | 100,289 Purchases | Payables Trx Entry | ehas4000/avenue banners | 34226 | Freestyle Marketing | $1,470.00 | |
| 9/21/2012 | 100,289 Freight | Payables Trx Entry | ehas4000/avenue banners | 34226 | Freestyle Marketing | $60.13 | |
| 9/24/2012 | 100,292 a feeney 8/16 central store | General Journal | Central Store Sept 2012 | | | $500.00 | |
| 9/24/2012 | 100,292 a lichtenstein 9/13 central st | General Journal | Central Store Sept 2012 | | | $812.75 | |
| 9/24/2012 | 100,292 a feeney 9/12 central store | General Journal | Central Store Sept 2012 | | | $108.30 | |
| 9/24/2012 | 100,292 a feeney 9/5 central store | General Journal | Central Store Sept 2012 | | | $500.00 | |
| 9/24/2012 | 100,292 a feeney 9/10 central store | General Journal | Central Store Sept 2012 | | | $51.92 | |
| 9/24/2012 | 100,292 e singleton 9/18 central stor | General Journal | Central Store Sept 2012 | | | $38.49 | |
| 9/24/2012 | 100,292 k schaffner 9/19 central stor | General Journal | Central Store Sept 2012 | | | $34.65 | |
| 9/24/2012 | 100,292 a feeney 9/19 central store | General Journal | Central Store Sept 2012 | | | $500.00 | |
| 9/24/2012 | 100,292 a feeney 9/25 central store | General Journal | Central Store Sept 2012 | | | $144.40 | |
| 9/25/2012 | 100,300 Purchases | Payables Trx Entry | ehas4000/memory p reinwald | PREINWALD092C | Midwest Palliative & Hospice Care Cente | $50.00 | |
| 9/27/2012 | 100,307 a butler 9/15 p-card | General Journal | Sept 15, 2012 p-card statement | | | $3,075.00 | |
| 9/27/2012 | 100,307 b swanson 9/15 p-card | General Journal | Sept 15, 2012 p-card statement | | | $18,949.56 | |
| 9/27/2012 | 100,307 c wright 9/15 p-card | General Journal | Sept 15, 2012 p-card statement | | | $107.70 | |
| 9/27/2012 | 100,307 ja carrol 9/15 p-card | General Journal | Sept 15, 2012 p-card statement | | | $2,190.98 | |
| 9/27/2012 | 100,307 l friedrich 9/15 p-card | General Journal | Sept 15, 2012 p-card statement | | | $902.00 | |
| 9/27/2012 | 100,307 a landes 9/15 p-card | General Journal | Sept 15, 2012 p-card statement | | | $1,052.82 | |
| 9/27/2012 | 100,307 m koopman 9/15 p-card | General Journal | Sept 15, 2012 p-card statement | | | $19,250.00 | |
| 9/27/2012 | 100,307 p sassen 9/15 p-card | General Journal | Sept 15, 2012 p-card statement | | | $813.64 | |
| 9/27/2012 | 100,307 b harvey 9/15 p-card | General Journal | Sept 15, 2012 p-card statement | | | $156.25 | |
| 10/1/2012 | 100,327 Purchases | Payables Trx Entry | ehas4000/crossing signs | 209089 | Signs Now | $273.00 | |
| 10/1/2012 | 100,327 Purchases | Payables Trx Entry | ehas4000/retirement breakfast | 5700 | Sunset Food Mart 15600 EHAA | $94.71 | |
| 10/3/2012 | 100,342 Purchases | Payables Trx Entry | ehas4000/welcome signs | 209053 | Signs Now | $233.90 | |
| 10/4/2012 | 100,410 #6694 Transcript Money | General Journal | HPHS 10/4/12 Bkstr Dep | | | | $90.00 |
| 10/5/2012 | 100,347 Purchases | Payables Trx Entry | ehas4000/membership dues | 6550 | Rotary Club of Highland Park/Highwood | $315.00 | |
| 10/12/2012 | 100,403 Purchases | Payables Trx Entry | ehas4000/10/5 meeting | 314033 | Sodexo Inc HPHS | $21.00 | |
| 10/16/2012 | 100,414 Purchases | Payables Trx Entry | ehas4000/supplies | JACARROLL1015 | Julie Ann Carroll | $29.38 | |
| 10/16/2012 | 100,414 Purchases | Payables Trx Entry | several/reimb petty cash | DMYLENBUSCH1 | Petty Cash | $17.75 | |
| 10/16/2012 | 100,414 student of the quarter 10/10/ | Payables Trx Entry | ehas/ehhe4000/student guest he | 314044 | Sodexo Inc HPHS | $196.50 | |
| 10/16/2012 | 100,414 Guest lunch ticket 10/11/12 | Payables Trx Entry | ehas/ehhe4000/student guest he | 314044 | Sodexo Inc HPHS | $4.50 | |
| 10/25/2012 | 100,501 #6698 Transcript Fees | General Journal | HPHS 10/25/12 Bkstr Dep | | | | $115.00 |
| 10/30/2012 | 100,497 Purchases | Payables Trx Entry | ehas4000/supplies | SBAIN102412 | Shannon Bain | $133.00 | |
| 10/31/2012 | 100,505 Purchases | Payables Trx Entry | ehas4000/equipment bag | RSMITH102412 | Ronald Smith | $42.99 | |
| 10/31/2012 | 100,505 Purchases | Payables Trx Entry | ehas4000/guest ticket | 314094 | Sodexo Inc HPHS | $3.50 | |
| 11/1/2012 | 100,439 a feeney 10/2 central store | General Journal | October 2012 Central Store | | | $144.40 | |
| 11/1/2012 | 100,439 a feeney 10/11 central store | General Journal | October 2012 Central Store | | | $114.50 | |
| 11/1/2012 | 100,439 a lichtenstein 10/3 central st | General Journal | October 2012 Central Store | | | $250.00 | |
| 11/1/2012 | 100,439 a feeney 10/12 central store | General Journal | October 2012 Central Store | | | $500.00 | |
| 11/1/2012 | 100,439 a feeney 10/10 central store | General Journal | October 2012 Central Store | | | $186.04 | |
| 11/1/2012 | 100,439 a feeney 10/5 central store | General Journal | October 2012 Central Store | | | $144.40 | |
| 11/1/2012 | 100,439 a feeney 10/15 central store | General Journal | October 2012 Central Store | | | $108.30 | |
| 11/1/2012 | 100,439 a feeney 10/22 central store | General Journal | October 2012 Central Store | | | $216.60 | |
| 11/1/2012 | 100,439 a feeney 10/29 central store | General Journal | October 2012 Central Store | | | $72.20 | |
| 11/1/2012 | 100,439 k schaffner 10/16 central sto | General Journal | October 2012 Central Store | | | $36.89 | |
| 11/1/2012 | 100,439 a feeney 10/29 central store | General Journal | October 2012 Central Store | | | $500.00 | |
| 11/1/2012 | 100,508 ja carroll 10/15 p-card | General Journal | October 2012 p-card | | | $99.80 | |
| 11/1/2012 | 100,508 a butler 10/15 p-card | General Journal | October 2012 p-card | | | $88.61 | |
| 11/1/2012 | 100,508 b swanson 10/15 p-card | General Journal | October 2012 p-card | | | $232.57 | |
| 11/1/2012 | 100,508 p sassen 10/15 p-card | General Journal | October 2012 p-card | | | $296.11 | |
| 11/1/2012 | 100,508 m koopman 10/15 3rd larson | General Journal | October 2012 p-card | | | $16,600.00 | |
| 11/1/2012 | 100,509 Purchases | Payables Trx Entry | ehas4000/tables & chairs | 3719 | Larson Equipment and Furniture Compan | $5,563.00 | |
| 11/1/2012 | 100,517 #00703 Admin Transcripts | General Journal | HPHS 11/1/12 Bkstr Dep | | | | $70.00 |
| 11/7/2012 | 100,521 Purchases | Payables Trx Entry | ehas4000/deliver and remove pi | HPHS110812 | All-Pro Movers | $300.00 | |
| 11/14/2012 | 100,532 Purchases | Payables Trx Entry | ehas4000/framing project | ALANDES110212 | Alicia Landes | $54.95 | |
| 11/14/2012 | 100,532 Purchases | Payables Trx Entry | ehas4000/4" square 10' post | 211035 | Signs Now | $471.90 | |
| 11/14/2012 | 100,532 Freight | Payables Trx Entry | ehas4000/4" square 10' post | 211035 | Signs Now | $125.00 | |
| 11/26/2012 | 100,574 Purchases | Payables Trx Entry | ehas4000/leadership & learning | R32752 | Midwest Principals' Center | $15.00 | |
| 11/26/2012 | 100,574 Purchases | Payables Trx Entry | several/reimb petty cash | DMYLENBUSCH1 | Petty Cash | $85.00 | |
| 11/29/2012 | 100,643 #00709 Transcript money | General Journal | HPHS 11/29/12 Bkstr Deposits | | | | |
| 12/1/2012 | 100,597 k durey 11/15 p-card | General Journal | November 15, 2012 p-card | | | $229.99 | |

| Date | | Description | Journal Type | Reference | | | Amount | | |
|------|---|-------------|--------------|-----------|---|---|--------|---|---|
| 12/1/2012 | 100,597 | p sassen 11/15 p-card | General Journal | November 15, 2012 p-card | | | $111.01 | | |
| 12/1/2012 | 100,597 | ja carroll 11/15 p-card | General Journal | November 15, 2012 p-card | | | $713.48 | | |
| 12/1/2012 | 100,597 | t nelson 11/15 p-card | General Journal | November 15, 2012 p-card | | | $255.57 | | |
| 12/1/2012 | 100,597 | b swanson 11/15 p-card | General Journal | November 15, 2012 p-card | | | $718.06 | | |
| — 12/1/2012 | 100,597 | t conway 11/15 p-card | General Journal | November 15, 2012 p-card | | | $464.83 — | | |
| 12/6/2012 | 100,596 | a feeney 11/2 central store | General Journal | November 2012 Central Store | | | $180.50 | | |
| 12/6/2012 | 100,596 | a lichtenstein 11/6 central st | General Journal | November 2012 Central Store | | | $250.00 | | |
| 12/6/2012 | 100,596 | a feeney 11/7 central store | General Journal | November 2012 Central Store | | | $500.00 | | |
| 12/6/2012 | 100,596 | a feeney 11/9 central store | General Journal | November 2012 Central Store | | | $216.60 | | |
| 12/6/2012 | 100,596 | a feeney 11/15 central store | General Journal | November 2012 Central Store | | | $216.60 | | |
| 12/6/2012 | 100,596 | k schaffner 11/14 central stc | General Journal | November 2012 Central Store | | | $90.20 | | |
| 12/6/2012 | 100,596 | e singleton 11/26 central sto | General Journal | November 2012 Central Store | | | $72.18 | | |
| 12/6/2012 | 100,596 | a feeney 11/27 central store | General Journal | November 2012 Central Store | | | $22.38 | | |
| 12/6/2012 | 100,596 | a feeney 11/28 central store | General Journal | November 2012 Central Store | | | $148.01 | | |
| 12/6/2012 | 100,596 | a feeney 11/21 central store | General Journal | November 2012 Central Store | | | $235.52 | | |
| 12/6/2012 | 100,596 | a feeney 11/27 central store | General Journal | November 2012 Central Store | | | $500.00 | | |
| 12/6/2012 | 100,596 | b goodall 11/28 central store | General Journal | November 2012 Central Store | | | $12.84 | | |
| 12/20/2012 | 100,689 | a feeney 12/14 central store | General Journal | central store december 2012 | | | $180.50 | | |
| 12/20/2012 | 100,689 | a feeney 12/12 central store | General Journal | central store december 2012 | | | $216.60 | | |
| 12/20/2012 | 100,689 | a lichtenstein 12/13 central | General Journal | central store december 2012 | | | $250.00 | | |
| 12/20/2012 | 100,689 | a feeney 12/6 central store | General Journal | central store december 2012 | | | $500.00 | | |
| 12/20/2012 | 100,689 | a feeney 12/4 central store | General Journal | central store december 2012 | | | $144.40 | | |
| 12/20/2012 | 100,689 | a feeney 12/18 central store | General Journal | central store december 2012 | | | $500.00 | | |
| 12/21/2012 | 100,705 | Purchases | Payables Trx Entry | ehas4000/sign quick drop off o | 212044 | Signs Now | $748.80 | | |
| 1/7/2013 | 100,731 | Purchases | Receivings Trx Entry | Receivings Transaction Entry | RCT1491 | Tribune Products 21 | $39.28 | | |
| ✳ 1/8/2013 | 100,742 | m koopman 12/15 p-card | General Journal | December 15, 2012 p-card | | | $18,471.71 — | | |
| 1/8/2013 | 100,742 | ja carroll 12/15 p-card | General Journal | December 15, 2012 p-card | | | $1,150.55 | | |
| 1/8/2013 | 100,742 | b swanson 12/15 p-card | General Journal | December 15, 2012 p-card | | | $120.45 | | |
| — 1/8/2013 | 100,742 | t nelson 12/15 p-card | General Journal | December 15, 2012 p-card | | | $592.63 — | | |
| 1/9/2013 | 100,746 | Purchases | Payables Trx Entry | ehas4000/membership fee | EI43598209 | The College Board 30171 | $325.00 | | |
| 1/9/2013 | 100,746 | Purchases | Payables Trx Entry | several/reimburse petty cash | DMYLENBUSCH1 | Petty Cash | $8.00 | | |
| 1/9/2013 | 100,746 | Purchases | Payables Trx Entry | ehas4000/membership dues | 6620 | Rotary Club of Highland Park/Highwood | $315.00 | | |
| 1/9/2013 | 100,746 | Purchases | Payables Trx Entry | ehas4000/staff collaboration s | 314338 | Sodexo Inc HPHS | $744.00 | | |
| 1/10/2013 | 100,765 | #00723 Transcripts | General Journal | HPHS 1/10/13 Bkstr Deposits | | | | $225.00 | |
| ⌐ — 1/16/2013 | 100,770 | Purchases | Payables Trx Entry | ehas4000/tack panels | 3872 | Larson Equipment and Furniture Compan | $425.00 — olc | | |
| * 1/17/2013 | 100,779 | #00725 Transcripts | General Journal | HPHS 1/17/13 Bkstr Deposits | | | | $145.00 | |

| | | | | | Net Change | Ending Balance | | |
|---|---|---|---|---|------------|----------------|---|---|
| Account: | | | Totals: | | $149,063.62 | $149,063.62 | $150,646.62 | $1,583.00 |

| | Accounts | Beginning Balance | Net Change | Ending Balance | Debit | Credit |
|---|----------|-------------------|------------|----------------|-------|--------|
| Grand Totals: | 1 | $0.00 | $149,063.62 | $149,063.62 | $150,646.62 | $1,583.00 |

R000593

**Building: Highland Park High School** ████████ **Responsible:** ████ **C. WRIGHT**

## APPENDIX A - TEACHER FORMATIVE EVALUATION

**DIRECTIONS:**
The supervisor will analyze key descriptors of behaviors displayed within the observation cycle or other interactions and provide relevant support. While all components are identified below each domain, there is no expectation that evidence be provided for each component.

Observation evidence may be attached at the end of the form.

**DATE OBSERVED:** ████████

**CLASS OBSERVED** ████████

**DOMAIN 1: Planning and Preparation**
(IL Standards 1, 2, 3 & 7)

*[Handwritten margin notes: "opp to take into acct the... meetings", "formative Summative... exam", "pre test how did inst. 4 based upon this?"]*

|  | Unsatisfactory | Basic | Excellent | Distinguished |
|---|---|---|---|---|
| **1a: Demonstrating knowledge of content and pedagogy**<br>(IL. ST. 2, 3) | Teacher's plans and practice display little knowledge of the content, prerequisite relationships between different aspects of the content, or of the instructional practices specific to that discipline. | Teacher's plans and practice reflect some awareness of the important concepts in the discipline, prerequisite relations between them and of the instructional practices specific to that discipline. | Teacher's plans and practice reflect solid knowledge of the content, prerequisite relations between important concepts and of the instructional practices specific to that discipline. | Teacher's plans and practice reflect extensive knowledge of the content and of the structure of the discipline. <u>Teacher actively builds on knowledge of prerequisites and misconceptions when describing instruction</u> or seeking causes for student misunderstanding. |
| **1b: Demonstrating knowledge of students**<br>(IL. ST. 3) | Teacher demonstrates little or no knowledge of students' backgrounds, cultures, skills, language proficiency, interests, and special needs, and does not seek such understanding. | Teacher recognizes the importance of understanding students' backgrounds, cultures, skills, language proficiency, interests, and special needs, and attains this knowledge for the class as a whole. | Teacher actively seeks knowledge of students' backgrounds, cultures, skills, language proficiency, interests, and special needs, and attains this knowledge for groups of students. | Teacher actively seeks knowledge of students' backgrounds, cultures, skills, language proficiency, interests, and special needs from a variety of sources, and attains this knowledge for individual students. |
| **1c: Setting instructional outcomes**<br>(IL. ST. 3) | Instructional outcomes are unsuitable for students, represent trivial or low-level learning, or are stated only as activities. They do not permit viable methods of assessment. | Instructional outcomes are of moderate rigor and are suitable for some students, but consist of a combination of activities and goals, some of which permit viable methods of assessment. They reflect more than one type of learning, but teacher makes no attempt at coordination or integration. | Instructional outcomes are stated as goals reflecting high-level learning and curriculum standards. They are suitable for most students in the class, represent different types of learning, and are capable of assessment. The outcomes reflect opportunities for coordination. | Instructional outcomes are stated as goals that can be assessed, reflecting rigorous learning and curriculum standards. They represent different types of content, offer opportunities for both coordination and integration, and take into account the needs of individual students. |

R000594

Appendix A - Teacher Formative Evaluation        -- DRAFT --        ████████████

together to answer difficult questions. In the same fashion, students are encouraged to consult with each other when questions arise.

This lesson is a cumulative lab experiment in which you provide limited support and ensure the safety of all students. You note that your focus will be on the students in lab primarily and then on students in the classroom secondarily. You have worked with your team to develop this experience for students. In preparation for this experience, students have completed many labs that allow them to practice the skills they will use to separate the sludge.

You are most concerned about safety during this experience and you realize that with alcohol and with flames you need to be very aware of what students in lab are doing at all times. In order to ensure student safety you have divided the class up so that half of the students will be performing the lab and half will be working on their lab report. This supports you to have one or two people at a lab table rather than four. It also allows you to work one on one with students while still scanning the room.

### EVIDENCE/FUTURE FOCUS:

In your planning, you recognize that students sometimes have difficulty making good choices when self-directed in their work. Consider how you might use the students themselves to raise the bar on their level of engagement. Might they identify the work they need to accomplish and then reflect after each writing session in a quick formative assessment about their level of focus, the number of times they were on task to complete the work they lay out for today. During this session much of this work was laid out by you. Allowing students to have ownership of this might streamline the beginning of class instructions and help students to be more self-directed and focused. You also might consider having students develop a rubric of engagement that they can then use during this experience and others.

You were very clear in your planning information what the targets of this summative lesson are. How do students know these? How are they assessing these?

### TEACHER COMMENTS: (Optional)

### DOMAIN 2: The Classroom Environment
(IL Standards 1 & 4)

|  | Unsatisfactory | Basic | Excellent | Distinguished |
|---|---|---|---|---|
| **2a:** **Creating an environment of respect and rapport** (IL. ST. 1, 4) | Classroom interactions, both between the teacher and students and among students, are negative, inappropriate, or insensitive to students' cultural backgrounds, and characterized by sarcasm, put-downs, or conflict. | Classroom interactions, both between the teacher and students and among students, are generally appropriate and free from conflict but may be characterized by occasional displays of insensitivity or lack of responsiveness to cultural or developmental differences among students. | Classroom interactions, both between the teacher and students and among students are polite and respectful, reflecting general warmth and caring, and are appropriate to the cultural and developmental differences among groups of students. | Classroom interactions, both between the teacher and students and among students are highly respectful, reflecting genuine warmth and caring and sensitivity to students' cultures and levels of development. Students themselves ensure high levels of civility among members of the class. |
| **2b:** **Establishing a culture for learning** (IL. ST. 4) | The classroom environment conveys a negative culture for learning, characterized by low teacher commitment to the subject, low expectations for student achievement, | Teacher's attempt to create a culture for learning are partially successful, with little teacher commitment to the subject, modest expectations for student achievement, and little student pride in work. | The classroom culture is characterized by high expectations for most students, genuine commitment to the subject by both teacher and students, with students demonstrating pride in their work. | High levels of student energy and teacher passion for the subject create a culture for learning in which everyone shares a belief in the importance of the subject, and all students hold themselves to high |

R000595

Appendix A - Teacher Formative Evaluation      -- DRAFT --

| | | | | |
|---|---|---|---|---|
| | and little or no student pride in work. | | | standards of performance, for example, initiating improvements to their work. |
| **2c:** *Managing classroom procedures* (IL. ST. 4) | Much instructional time is lost due to inefficient classroom routines and procedures, for transitions, handling of supplies, and performance of non-instructional duties. | Some instructional time is lost due to only partially effective classroom routines and procedures, for transitions, handling of supplies, and performance of non-instructional duties. | Little instructional time is lost due to classroom routines and procedures, for transitions, handling of supplies, and performance of non-instructional duties, which occur smoothly. | Students contribute to the seamless operation of classroom routines and procedures, for transitions, handling of supplies, and performance of non-instructional duties. |
| **2d:** *Managing student behavior* (IL. ST. 4) | There is no evidence that standards of conduct have been established, and little or no teacher monitoring of student behavior. Response to student misbehavior is repressive, or disrespectful of student dignity. | It appears that the teacher has made an effort to establish standards of conduct for students. Teacher tries, with uneven results, to monitor student behavior and respond to student misbehavior. | Standards of conduct appear to be clear to students, and the teacher monitors student behavior against those standards. Teacher response to student misbehavior is appropriate and respects the students' dignity. | Standards of conduct are clear, with evidence of student participation in setting them. Teacher's monitoring of student behavior is subtle and preventive, and teacher's response to student misbehavior is sensitive to individual student needs. Students take an active role in monitoring the standards of behavior. |
| **2e:** *Organizing physical space* (IL. ST. 4) | The physical environment is unsafe, or some students don't have access to learning. There is poor alignment between the physical arrangement and the lesson activities. | The classroom is safe, and essential learning is accessible to most students, and the teacher's use of physical resources, including computer technology, is moderately effective. Teacher may attempt to modify the physical arrangement to suit learning activities, with partial success. | The classroom is safe, and learning is accessible to all students; teacher ensures that the physical arrangement is appropriate to the learning activities. Teacher makes effective use of physical resources, including computer technology. | The classroom is safe, and the physical environment ensures the learning of all students, including those with special needs. Students contribute to the use or adaptation of the physical environment to advance learning. Technology and/or furniture are used skillfully, as appropriate to the lesson. |

**EVIDENCE/AREAS OF STRENGTH:**

You have prepped for this lesson in such a way that you are available for students as they enter class and can deal with a student who was absent earlier in the week. You greet students and ask them to get ready to hear hints that you will provide. During this introduction to the day's event you ask that students identify with a star what aspects of the report can be completed in advance. You provide a copy of the rubric with the stars and discuss for a moment the Purpose and Safety sections. You ask students to respond with a thumb's up if they are comfortable with those sections.

Multiple students notice that their tubes are cracked prior to heating. This is really important as they strive to stay safe. You highlight this important factor when the first student notices his tube is cracked. You encourage students to pay attention to the materials they use making sure they are in proper working order and clean. You notice when students are talking with each other about how to do aspects of the lab setup. You note this for all students in the lab and

R000596

Appendix A - Teacher Formative Evaluation          -- DRAFT --

encourage others to problem solve in this way. You notice often what students are doing correctly in the lab and talk about it loud enough for all to hear. This encourages all students to practice their lab skills in this way also.

Your movement throughout the lab during this portion of the lesson is continuous. You often verbalize what you observe loudly enough for all to hear. When you have a concern, you ask all students to pause to listen so that you have their attention when you share information.

### EVIDENCE/FUTURE FOCUS:

Especially in this kind of lesson, when you have limited time to deal with introductory information, might you provide an opener that supports students to generate hints for each other? Then, might you provide these hints in both a written and oral manner that is available throughout the lesson. You could generate a list of these hints in written format so that all students can refer back to them during each aspect of the experience.

While there was some off task behaviors during this lesson, some students made good choices about what work to get done. How can you place the ownership more of the ownership for focus and good choices into your students' hands. Have they set up the expectations for their time to work in this class? If not, might that support them to stay on task during these important times to work? Might there be moments when students check in with each other to reflect on questions and progress? You may see an added benefit to this mid-class student check that students begin to encourage each other's progress and refocus.

### TEACHER COMMENTS: (Optional)

### DOMAIN 3: Instruction
(IL Standards 1, 2, 5, 6 & 7)

|  | Unsatisfactory | Basic | Excellent | Distinguished |
|---|---|---|---|---|
| **3a: Communicating with students** (IL. ST 1, 3, 6) | Expectations for learning, directions and procedures, and explanations of content are unclear or confusing to students. Teacher's use of language contains errors or is inappropriate to students' cultures or levels of development. | Expectations for learning, directions and procedures, and explanations of content are clarified after initial confusion; teacher's use of language is correct but may not be completely appropriate to students' cultures or levels of development. | Expectations for learning, directions and procedures, and explanations of content are clear to students. Communications are appropriate to students' cultures and levels of development. | Expectations for learning, directions and procedures, and explanations of content are clear to students. Teacher's oral and written communication is clear and expressive, appropriate to students' cultures and levels of development, and anticipates possible student misconceptions. |
| **3b: Using questioning and discussion techniques** (IL. ST. 2, 5, 6) | Teacher's questions are low-level or inappropriate, eliciting limited student participation, and recitation rather than discussion. | Some of the teacher's questions elicit a thoughtful response, but most are low-level, posed in rapid succession. Teacher's attempts to engage all students in the discussion are only partially successful. | Most of the teacher's questions elicit a thoughtful response, and the teacher allows sufficient time for students to answer. All students participate in the discussion, with the teacher stepping aside when appropriate | Questions reflect high expectations and are culturally and developmentally appropriate. Students formulate many of the high-level questions and ensure that all voices are heard. |
| **3c: Engaging students in learning** (IL. ST. 1, 2, 5, 6) | Activities and assignments, materials, and groupings of students are inappropriate to the instructional outcomes, or students' cultures or | Activities and assignments, materials, and groupings of students are partially appropriate to the instructional outcomes, | Activities and assignments, materials, and groupings of students are fully appropriate to the instructional outcomes, and | Students are highly intellectually engaged throughout the lesson in significant learning, and make material contributions to the activities, student |

R000597

Appendix A - Teacher Formative Evaluation          – DRAFT –

| | | | | |
|---|---|---|---|---|
| | levels of understanding, resulting in little intellectual engagement. The lesson has no structure or is poorly paced. | or students' cultures or levels of understanding, resulting in moderate intellectual engagement. The lesson has a recognizable structure but is not fully maintained. | students' cultures and levels of understanding. All students are engaged in work of a high level of rigor. The lesson's structure is coherent, with appropriate pace. | groupings, and materials. The lesson is adapted as needed to the needs of individuals, and the structure and pacing allow for student reflection and closure. |
| **3d: Using Assessment in Instruction** (II. ST. 5, 6, 7) | Assessment is not used in instruction. Students' lack awareness of the assessment criteria. The teacher fails to monitor students' progress and feedback to students is of poor quality. | Assessment is occasionally used in instruction, through some monitoring of progress of learning by teacher and/or students. Feedback to students is uneven, and students are aware of only some of the assessment criteria used to evaluate their work. | Assessment is regularly used in instruction, through self-assessment by students, monitoring of progress of learning by teacher and/or students, and through high quality feedback to students. Students are fully aware of the assessment criteria used to evaluate their work. | Assessment is used in a sophisticated manner in instruction, through student involvement in establishing the assessment criteria, self-assessment by students and monitoring of progress by both students and teachers, and high quality feedback to students from a variety of sources. |
| **3e: Demonstrating flexibility and responsiveness** (IL. ST. 5, 6) | Teacher adheres to the instruction plan, even when a change would improve the lesson. Teacher brushes aside student questions; when students experience difficulty, the teacher blames the students or their home environment. | Teacher attempts to modify the lesson when needed and to respond to student questions, with moderate success. Teacher accepts responsibility for student success, but has only a limited repertoire of strategies to draw upon. | Teacher promotes the successful learning of all students, making adjustments as needed to instruction plans and accommodating student questions, needs and interests. | Teacher seizes an opportunity to enhance learning, building on a spontaneous event or student interests. Teacher ensures the success of all students, using an extensive repertoire of instructional strategies. |

**EVIDENCE/AREAS OF STRENGTH:**

When asked students can identify the purpose of this experience as separation of materials and types of tests they will use to identify the different substances. Students run their own set up in this lab. With supervision, they light their own burners and set up the distillation equipment themselves. It is clear that students have completed this before and are able to complete the setup on their own. While some students need to be reminded by you to wear their goggles, once reminded students keep them on.

Your communication with students is positive and clear. You often compliment students on the work they are doing. When a student reports that her temperature is at 110 degrees, you calmly ask her to turn off her burner and then when it is off, you tell her that she handled that really well. Even in the midst of students making mistakes across the room from you, you were able to see that she had removed the condensing tube and could turn off the burner without the liquid pouring back into the burner tube. You calm demeanor during this exchange supported the student to complete the correct steps to keep herself safe.

Again, your movement throughout the room keeps you informed of the steps that students are taking and throughout you communicate with them about what they are doing correctly. Your positive communication keeps them working and thinking about their data and safety. At times, you pose questions to guide students to the next steps or to think about what they will do with the liquids. In this way, you support students to answer their own questions.

R000598

Appendix A - Teacher Formative Evaluation          -- DRAFT --

During the lab time for half of the class, the majority of students in the classroom section are completing academic work. (Can you confirm that students who made choices to do other work are making good progress on their reports?) When students are asked about their data, they are able to analyze the data and make inferences about what the plateaus mean and how they will use that information in the future.

**EVIDENCE/FUTURE FOCUS:**

Very quickly at the beginning of the class, you explain that the crystals that students are drying in the fume hood look really good and that some students may wish to check those crystals today, but that we may not be able to have everyone in the lab today. No one checks their crystals during this lesson. Was this communication necessary today? How did you feel that no students checked their crystals during this lesson? Did this take away from students' future work or was there time to check crystals? With the limited time you had at the beginning of this lesson, do you feel that this was crucial information?

At the end of class you shared information about how tomorrow will be different from today in that students will need to be ready to go right into the lab. In the future, you might have these students reflect on the information provided at the beginning of class about setting up their distillation and have them reflect on how to get ready for a shorter amount of time. If you did this digitally you could display some answers the next day as students are moving back to the lab.

**TEACHER COMMENTS:** (Optional)

**DOMAIN 4: Professional Responsibilites**
(IL Standards 8 & 9)

|  | Unsatisfactory | Basic | Excellent | Distinguished |
|---|---|---|---|---|
| **4a:**<br>**Reflecting on Teaching**<br>(IL. ST. 8, 9) | Teacher does not accurately assess the effectiveness of the lesson, and has no ideas about how the lesson could be improved. | Teacher provides a partially accurate and objective description of the lesson, but does not cite specific evidence. Teacher makes only general suggestions as to how the lesson might be improved. | Teacher provides an accurate and objective description of the lesson, citing specific evidence. Teacher makes some specific suggestions as to how the lesson might be improved. | Teacher's reflection on the lesson is thoughtful and accurate, citing specific evidence. Teacher draws on an extensive repertoire to suggest alternative strategies and predicting the likely success of each. |
| **4b:**<br>**Maintaining Accurate Records**<br>(IL. ST. 8, 9) | Teacher's systems for maintaining both instructional and non-instructional records are either non-existent or in disarray, resulting in errors and confusion. | Teacher's systems for maintaining both instructional and non-instructional records are rudimentary and only partially successful. | Teacher's systems for maintaining both instructional and non-instructional records are accurate, efficient and successful. | Students contribute to the maintenance of both instructional and non-instructional records, which are accurate, efficient and successful. |
| **4c: Communicating with Families**<br>(IL. ST. 8, 9) | Teacher communication with families about the instructional program, or about individual students, is sporadic or culturally inappropriate. Teacher makes no attempt to engage families in the instructional program. | Teacher adheres to school procedures for communicating with families and makes modest attempts to engage families in the instructional program. Communications are not always appropriate to the cultures of those families. | Teacher communicates frequently with families and successfully engages them in the instructional program. Information to families about individual students is conveyed in a culturally appropriate manner. | Teacher's communication with families is frequent and sensitive to cultural traditions; students participate in the communication. Teacher successfully engages families in the instructional program; as appropriate. |
| **4d: Participating in a Professional Community**<br>(IL. ST. 8, 9) | Teacher avoids participating in a professional community or in school and district events and | Teacher becomes involved in the professional community and in school and district | Teacher participates actively in the professional community, and in school and district | Teacher makes a substantial contribution to the professional community, to school and district events and |

R000599

Appendix A - Teacher Formative Evaluation          -- DRAFT --

| | | | | |
|---|---|---|---|---|
| | projects; relationships with colleagues are negative or self-serving. | events and projects when specifically asked; relationships with colleagues are cordial | events and projects, and maintains positive and productive relationships with colleagues. | projects, and assumes a leadership role among the faculty. |
| **4e:** **Growing and Developing Professionally** *(IL. ST. 8, 9)* | Teacher does not participate in professional development activities, and makes no effort to share knowledge with colleagues. Teacher is resistant to feedback from supervisors or colleagues. | Teacher participates in professional development activities that are convenient or are required, and makes limited contributions to the profession. Teacher accepts, with some reluctance, feedback from supervisors and colleagues. | Teacher seeks out opportunities for professional development based on an individual assessment of need, and actively shares expertise with others. Teacher welcomes feedback from supervisors and colleagues. | Teacher actively pursues professional development opportunities, and initiates activities to contribute to the profession. In addition, teacher seeks out feedback from supervisors and colleagues. |
| **4f:** **Showing Professionalism** *(IL. ST. 8, 9)* | Teacher has little sense of ethics and professionalism, and contributes to practices that are self-serving or harmful to students. Teacher fails to comply with school and district regulations, timelines and attendance expectations. | Teacher is honest and well-intentioned in serving students and contributing to decisions in the school, but teacher's attempts to serve students are limited. Teacher complies minimally with school and district regulations, timelines and attendance expectations. | Teacher displays a high level of ethics and professionalism in dealings with both students and colleagues, and complies fully and voluntarily with school and district regulations, timelines and attendance expectations. | Teacher is proactive and assumes a leadership role in ensuring the highest ethical standards, and seeing that school practices and procedures ensure that all students are honored in the school. Teacher takes a leadership role in seeing that colleagues comply with school and district regulations, timelines and attendance expectations. |

**EVIDENCE/AREAS OF STRENGTH:**

**EVIDENCE/FUTURE FOCUS:**

**TEACHER COMMENTS:** *(Optional)*

| *Attached Workflow* | Evaluator Signature | |
|---|---|---|
| *Current Status* | Draft | |
| *Workflow Steps* | | |

| | | |
|---|---|---|
| 1 | Signature | Direct Report |
| 2 | Signature | Supervisor/Evaluator |

R000600

**Building: Highland Park High School**  **Responsible:** ███████

291904

## APPENDIX F - PLANNING AND POST OBSERVATION REFLECTION

*Planning Conference Date* ██████

*Observation Conference Date* ██████

*Reflection Conference Date* ██████

*Assignment* ██ ████████

**Purpose:**
The purpose of the reflection conference is to provide the opportunity to demonstrate insights, self-evaluation, and refinement of professional practices.

**Directions:**
Please come prepared with written responses to questions 1-3; answers to the other questions may be written in advance or not as indicated below.

*1. In general how successful was the lesson? Did the students learn what you intended for them to learn? How do you know? (3C, 3D, 3E)*

Successful...the class was able to re-group quickly from an interruption in schedule (no class on Wed b/c PSAT testing), complete needed lab work safely and review/prep reports.
The learning targets are currently mainly process lab targets like experimental design, data collection and analysis and organizing a formal report documenting lab experience. So yes the students who were in lab completed the data collection safely and correctly. The students out of lab had more flexibility; however, I consider their continued dedication to academics 1st a success= all of them made progress on reports as observed via Hapara and in lab on Friday.

*2. In what ways did the environment impact students' abilities to meet the learning goals (i.e., routines and procedures, group dynamics, atmosphere of respect, student conduct, and physical space)? (Domain 2)*

I think the environment is a strength in our course. The routine and procedures are clear and consistent by using a calendar and board space for visual learners as well as verbally going through for auditory learners. Fortunately, the students get to actually experience lab work so the kinestic learners and social-emotional learners benefit too. We have developed a community of learners and respect so conduct issues were not a distraction. Fortunately, we have space to complete work safely and collaboratively using both main class area and lab area.

*3. How did I encourage students to take responsibility for their own learning? (1B, 1C, 3C)*

The goal of Sludge is to have students show independence and mastery of lab skills. Which they showed by coming prepared with correct procedures and data tables. The lab writing skills are still beign developed, but students are taking responsibilty to me for feedback. I am working on building the confidence to help each other as well.

*4. Be prepared to discuss the following question at the post-conference with your supervisor. Making notes on this document in advance of the conference is optional.*
*Comment on the different aspects of your instructional delivery (e.g. activities, grouping of students, materials and resources). To what extent were they effective? (1D, 1E, 1F, 2C, 2E, 3D)*

Because safety is so essential with the chemicals being used, my main focus needed to be in lab. Also each student has their own mixture, which varies the amounts. Each student in lab got individual attention, but i was limited for the students working on reports.

Because of the diverse learning group, I normally pace class so that all students get my attention. However, those with more specific needs may receive more help as class progresses. Also I encourage the students to work with each other to support learning.

*5. Be prepared to discuss the following question at the post-conference with your supervisor. Making notes on this document in advance of the conference is optional.*
*What adjustments did I make? Why? How? (3E)*

I had to make adjustments based on the amount of liquid that the students distilled. For the report group, I had commented on reports prior to class. For students struggling, I individually checked on each.

R000601

Appendix F - Planning and Post Observation Reflection -- DRAFT --

*6. Be prepared to discuss the following question at the post-conference with your supervisor. Making notes on this document in advance of the conference is optional.*
*If I had the opportunity to make a change for this same group of learners, what would I do differently?*

Earlier in the process/year, I plan to practice peer review with a rubric. Other teachers use this method with success; therefore, I asked them about it. I will practice it with this group prior to the report being due, but it would be a good strategy for the report group when I need to be focused in lab.

*7. Be prepared to discuss the following question at the post-conference with your supervisor. Making notes on this document in advance of the conference is optional.*
*Are there any areas of your practice where you would like to receive support?*

I feel supported by my teammates, department and school community.

*8. Be prepared to discuss the following question at the post-conference with your supervisor. Making notes on this document in advance of the conference is optional.*
*Other comments:*

| *Attached Workflow* | Evaluator Signature | | | |
|---|---|---|---|---|
| *Current Status* | Submitted | | | |
| *Workflow Steps* | 1 | Signed by ▮▮▮▮▮ | on 10/24/2016 at 0:40 PM | TEACHER |
| | | Signature: ▮▮▮▮▮ | | |
| | 2 | Signature | Supervisor/Evaluator | |

R000602