# EXHIBIT 2

# GRAND JURY

SUBPOENA DUCES TECUM.

State of Illinois )
) SS. **THE PEOPLE OF THE STATE OF ILLINOIS**
COUNTY OF LAKE )

To Highland Park High School Dist. #113

433 Vine Ave.

Highland Park Illinois 60035 _____ GREETING:

WE COMMAND YOU, that all business and excuses being laid aside, you and each of you attend before the Grand Jury of our Circuit Court of Lake County, on the __7__ day of __February__, 20__18__ at __9:00__ o'clock in the __fore__ noon __on the 10th floor__ at the Circuit Court House in Waukegan, 18 North County Street, in said Lake County, to give evidence and the truth to speak concerning a certain complaint made before said Grand Jury, against _____

AN INVESTIGATION BEING CONDUCTED BY THE FOREPERSON OF THE GRAND JURY THROUGH INVESTIGATOR WAYNE BROOKS OF THE LAKE COUNTY STATE'S ATTORNEY'S OFFICE. _____and that you also diligently and carefully search for, examine and inquire after and bring with you and produce at the time and place aforesaid, _____

You must comply with this subpoena by mailing legible copies to the Grand Jury Investigator of the LAKE COUNTY GRAND JURY C/O the Lake County State's Attorney's Office at 18 N. County Street, Waukegan, IL 60085 or via email to FelonyReview@lakecountyil.gov., or Fax 847-360-1931 ATTN INVESTIGATOR Wayne Brooks. YOU ARE NOT TO DISCLOSE THE EXISTANCE OF THIS REQUEST AS IT MAY IMPEDE THE INVESTIGATION AND THE ENFORCEMENT OF THE LAW.

And this you will in no wise omit under penalty of the law. Your failure to appear in response to this Subpoena may subject you to punishment for contempt of this Court.

WITNESS, ERIN CARTRIGHT WEINSTEIN, Clerk of the said Circuit Court, and the Seal thereof, at Waukegan, Illinois, in said County this __16__ day of January ____, 20__18__

*Erin Cartwright Weinstein*
Clerk of the Circuit Court

171-227 Rev 12/16

Burnetti 000333