IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY BURNETTI,<br><br>    Plaintiff,<br> v.<br>BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT 113 and DEBORAH FINN,<br><br>    Defendants. | Case No. 21-cv-2252<br><br>Hon. John J. Tharp, Judge Presiding<br>Hon. Maria Valdez, Magistrate Judge |

## JOINT STATUS REPORT

The Parties, by and through their attorneys and pursuant to the Court's November 29, 2023 Order (No. 35), hereby submit this Joint Status Report.

A. **Description of Discovery Progress.**

The parties have exchanged and responded to written discovery requests. The parties are in the process of scheduling depositions. The parties presently anticipate completing discovery by the current discovery deadline.

B. **The status of settlement negotiations, if any.**

The parties exchanged settlement correspondence pre-suit but did not make progress toward settlement. The parties believe that depositions will assist them in evaluating the case and will revisit settlement as discovery is completed.

Dated: January 26, 2024    Respectfully Submitted

*For Plaintiff:*    *For Defendants:*

/s Noelle C. Brennan    /s William R. Pokorny

Noelle C. Brennan    William R. Pokorny
Plaintiff's Attorney    wrp@franczek.com
NOELLE BRENNAN &    Rachel E. Domash

| | |
|---|---|
| ASSOCIATES, LTD.<br>111 N. Wabash St., Suite 800<br>Chicago, IL 60603<br>(312) 422-0001 (tel)<br>(312) 422-0008 (fax)<br>nbrennan@nbrennan-associates.com | red@franczek.com<br>FRANCZEK P.C.<br>300 S. Wacker Dr., Ste. 3400<br>Chicago, IL 60606<br>(312) 986-0300 (tel)<br>(312) 986-9192 (fax) |