**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AMY BURNETTI | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-02252 |
| | ) | |
| | ) | Hon. Judge John J. Tharp, Jr. |
| v. | ) | |
| | ) | Hon. Magistrate Judge Maria Valdez |
| BOARD OF EDUCATION FOR | ) | |
| TOWNSHIP HIGH SCHOOL | ) | |
| DISTRICT 113, | ) | |
| | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Deborah Finn (in her individual capacity) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STATUS REPORT ON SETTLEMENT**

The Parties, by and through their attorneys and pursuant to the Court's October 11, 2024 Order, hereby submit this Joint Status Report on Settlement.

1. As previously reported, the Parties have reached a settlement in principle to resolve all claims brought by Plaintiff.

2. During the past two weeks, the Parties have worked on finalizing the terms of a Settlement Agreement and have now reached agreement on all such terms.

3. The next step is for the Parties to submit the Settlement Agreement to the Teacher's Retirement System ("TRS") for approval.

4. After TRS has approved the Settlement Agreement, Defendants will submit the Settlement Agreement to the Board for final approval.

5. The Parties request that the Court set another date for a Status Report in the next twenty-one days or as the Court deems appropriate.

Dated: October 25, 2024                    Respectfully Submitted,

*For Plaintiff:*                           *For Defendants:*

/s Noelle C. Brennan                       /s William R. Pokorny

Noelle C. Brennan                          William R. Pokorny
nbrennan@nbrennan-associates.com           wrp@franczek.com
NOELLE BRENNAN &                           Rachel E. Domash
ASSOCIATES, LTD.                           red@franczek.com
111 N. Wabash St., Suite 800               FRANCZEK P.C.
Chicago, IL 60603                          300 S. Wacker Dr., Ste. 3400
(312) 422-0001 (tel)                       Chicago, IL 60606
(312) 422-0008 (fax)                       (312) 986-0300 (tel)
                                           (312) 986-9192 (fax)