**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Amy Burnetti
                            Plaintiff,

v.                                           Case No.: 1:21−cv−02252

                                           Honorable John J. Tharp Jr.

Board of Education for Township High School District 113, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 26, 2024:

    MINUTE entry before the Honorable John J. Tharp, Jr:The parties having consented to the jurisdiction of the assigned Magistrate Judge for all purposes [59], the Clerk is directed to reassign this case to Magistrate Judge Valdez for all further proceedings, including the parties' motion for approval of settlement. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.